**ANSA ASSUNCAO, LLP**
**(A Pennsylvania Limited Liability Partnership)**
Two Tower Center Blvd., Suite 1600
East Brunswick, New Jersey 08816-1100
(732) 993-9850
Attorneys for Defendant
CorePharma LLC

**RECEIVED**

**APR 22 2010**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KING PHARMACEUTICALS, INC., and KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COREPHARMA LLC,<br><br>Defendant. | Civil Action No.: 10-1878 (GEB) (DEA)<br>(Sealed Case)<br><br>**HIGHLY CONFIDENTIAL**<br><br>**ORDER**<br>**FOR *PRO HAC VICE* MOTION** |

**THIS MATTER,** having been brought before the Court by **ANSA ASSUNCAO, LLP**, attorneys for Defendant CorePharma LLC, upon due notice to all counsel and for good cause shown;

IT IS on this ___22nd___ day of ___April___ 2010;

ORDERED that Arthur F. Fergenson, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c)(1), United States District Court for the District of New Jersey, and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by Robert A. Assuncao, Ansa Assuncao LLP, or another attorney of record authorized to practice in New Jersey. Robert A. Assuncao, Ansa Assuncao LLP, or another attorney of record

authorized to practice in New Jersey shall be held responsibility for said papers and for the conduct of the case and will be held responsible for the conduct of the attorneys admitted hereby, and it is further

ORDERED that Arthur F. Fergenson, Esq. is to make payment of $150.00 on admission payable to the Clerk, United States District Court, and it is further

ORDERED that, pursuant to Local Civil Rule 101.1(c)(2), Arthur F. Fergenson, Esq. is to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Local Rule 1:28-2(a), and it is further

ORDERED that Arthur F. Fergenson, Esq. shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1 Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1 Discipline of Attorneys, and it is further

ORDERED that Arthur F. Fergenson, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7.

_____
Hon. Douglas Arpert, U.S.M.J.