<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KING PHARMACEUTICALS, INC.; <br> KING PHARMACEUTICALS RESEARCH <br> AND DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COREPHARMA, LLC, <br><br> Defendant. | Civil Action No. 10-1878 (GEB-DEA) <br><br> **ORDER** |

<u>**BROWN, Chief Judge**</u>

This matter having come before the Court on April 13, 2010 upon the application for a emergency relief pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 65 and L. C<small>IV</small>. R. 65.1 by Plaintiffs King Pharmaceuticals, Inc.; King Pharmaceuticals Research and Development, Inc. (collectively "King"), seeking a preliminary injunction against Defendant Corepharma, LLC ("Corepharma"), enjoining Corepharma from engaging in the use, offer to sell, or sale within the United States of, or importing into the United States, its generic metaxalone product pending a resolution on the merits of the action, and the Court having considered the parties' submissions and conducted oral argument on April 30, 2010

IT IS THIS 6th day of May, 2010

**ORDERED** that King's application for a preliminary injunction is GRANTED; and it is further

**ORDERED** that Corepharma, LLC shall be immediately enjoined from engaging in the use, offer to sell, or sale within the United States of, or importing into the United States, its generic metaxalone product pending a resolution on the merits of the action.

    s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.